LaMOTTE *v.* HARPER *et al.*

Where wages are garnished, and the garnishee, in discharge of a
judgment against him rendered by a justice's court, pays the
money to the constable, and afterwards the laborer claims the
fund as exempt and such claim is adjudicated against him in the
justice's court, he cannot maintain a rule against the constable
in the superior court for the money, founded on his exemption
right. The matter is *res adjudicata* by the result of the claim in
the justice's court.                                   *Judgment affirmed.*
November 2, 1891.

*Res adjudicata.* Garnishment. Before Judge MARSHALL
J. CLARKE. Fulton superior court. March term, 1891.

A suit against LaMotte was brought in a justice's
court, and the plaintiff caused to be issued a summons
of garnishment which was served on LaMotte's employer,
who made no answer, and judgment was rendered
against him. He paid it to the constable, and it was
entered satisfied. Immediately upon the payment, La-
Motte notified the constable that the money so paid was
his wages, and demanded that it be turned over to him,
which demand was refused. LaMotte then filed in the
justice's court a claim for the money so paid, upon which·
claim issue was made and heard by the justice, who de-
cided in favor of the plaintiff. LaMotte appealed to a
jury, who found the fund subject to the judgment, which
verdict and judgment still stand. LaMotte brought a
rule against the constable, alleging that the garnishee
owed him nothing other than for his wages as a laborer,
that the answer to the garnishment could not have made
any other debt nor developed any other fact, that these
wages were not subject to garnishment, and that LaMotte
was entitled to them whether in the hands of his em-
ployer or any one else, and the constable had no right
to receive or withhold the money. The judge discharged
the rule, and LaMotte excepted.

ROBERT L. RODGERS, for plaintiff.
BLALOCK & BIRNEY, for defendants.